IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVARAD CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN COUNTY HOSPITAL AUTHORITY,<br><br>    Defendant. | Case No.  1:25-cv-0332-KES-CDB<br><br>ORDER ON STIPULATION AMENDING DISCOVERY SCHEDULE AND SUPPLEMENTAL BRIEFING SCHEDULE PENDING MEDIATION<br><br>(Doc. 36) |

**<u>Background</u>**

On March 19, 2025, Plaintiff Novarad Corporation ("Plaintiff") initiated this action with a filing of a complaint against Defendant Kern County Hospital Authority ("Defendant"). (Doc. 1). Plaintiff filed the operative, first amended complaint on April 21, 2025.  (Doc. 7).

Pending before the Court is the parties' stipulated request for order modifying the discovery and supplemental briefing schedule relating to Defendant's motion for summary judgment. (Doc. 36).  The Court has deferred consideration of the motion pending the parties' completion of limited, agreed-up discovery relevant to the motion.  *See* (Doc. 33). In their stipulated request, the parties represent that written discovery was propounded and responded to before the December 5, 2025, deadline. *Id.* ¶ 2. The parties represent that after exchanging written discovery, the parties agreed to proceed to mediation to attempt to resolve the matter, and have scheduled a mediation for March 9, 2026, with mediator Robert

1

N. Dobbins. *Id.* ¶ 3. The parties therefore request that the operative discovery and supplemental briefing schedule be modified as follows: Completion of Depositions: 5/9/2026; Defendant's filing of any renewed or supplemental motion for summary judgment: 7/9/2026; Plaintiff's filing of any renewed or supplemental opposition: 8/6/2026. *Id.* ¶ 4(a)-(c). The parties further represent that should they be unable to reach a resolution at mediation, Plaintiff may seek a conference with Judge Baker to address claimed deficiencies in discovery responses, and that any such request for conference shall be made by April 9, 2026. *Id.* ¶ 5. The parties represent good cause exists for their request as it will allow the parties time to prepare for and complete mediation without incurring further costs. *Id.* ¶ 6.

### Conclusion and Order

In light of the stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulated request to modify the discovery and supplemental briefing schedule pending mediation (Doc. 36) is GRANTED; and
2. The following dates set forth in the operative scheduling order (Doc. 35) are modified as follows: Completion of Depositions: **5/9/2026**; Defendant's filing of any renewed or supplemental motion for summary judgment: **7/9/2026**; Plaintiff's filing of any renewed or supplemental opposition: **8/6/2026**.

IT IS SO ORDERED.

Dated: **December 15, 2025**

UNITED STATES MAGISTRATE JUDGE